# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

BRETT TITTLE,
        Plaintiff,

v.                                        06C938

SARGENT MICHAEL CARUER, and
OFFICER MARK W. ROONEY,
        Defendants.

---

BRETT TITTLE,
        Plaintiff,

v.                                        06C984

GLORIA PERKINS-MARIGNY,
BRETT MARIGNY, and LEON O. SMITH,
        Defendants.

---

BRETT TITTLE,
        Plaintiff,

v.                                        06C985

ROBERT HERBST, JR.,
HENRY HENPELSHEIMER, and
COMMERCIAL COLLECTIONS, INC.,
        Defendants.

---

## DECISION AND ORDER

      Plaintiff Brett Tittle, who is proceeding pro se, filed three separate complaints and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Pursuant

to the Prison Litigation Reform Act (PLRA), the plaintiff is required to pay the statutory filing fee of $350.00 for this action. See 28 U.S.C. § 1915(b)(1).

By orders dated September 6, 2006, and October 2, 2006 , the plaintiff was ordered to forward to the clerk of court by September 27, 2006 , the sum of $.50 and by October 23, 2006, the sum of $.66 as an initial partial filing fee in this action. The plaintiff was advised that, upon payment of this fee, the court would determine whether the action can proceed in forma pauperis. To date the plaintiff has not paid this partial filing fee. However, plaintiff has filed numerous documents requesting information regarding the status of his cases. In his most recent filing, plaintiff appears to request that I reorder the prison to release funds from his account, as he recently received sums sufficient to cover the filing fee. Thus, I will grant plaintiff an additional fourteen (14) days to remit an initial partial filing fee, or otherwise explain his failure to submit the fee. Plaintiff is hereby notified that failure to pay the initial filing fee will result in the dismissal of the action without prejudice.

**NOW, THEREFORE, IT IS ORDERED** that within 14 days of the date of this order, plaintiff shall forward to the Clerk of this Court the sum of $1.16 (the total for all three actions) as an initial partial filing fee in these actions.

**IT IS ALSO ORDERED** that copies of this order be sent to the warden of the institution where the inmate is confined and to Corey F. Finkelmeyer, Assistant Attorney General, Wisconsin Department of Justice, P.O. Box 7857, Madison, Wisconsin, 53707-7857.

Dated at Milwaukee, Wisconsin, this 17 day of November, 2006.

        /s
        LYNN ADELMAN
        District Judge