UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**BRETT C. TITTLE,**

    **Plaintiff,**

    v.      **Case No. 06-C-0938**

**SGT. MICHAEL CARVER and**
**OFFICER MARK ROONEY,**

    **Defendants.**

---

### ORDER DENYING MOTION FOR CONTINUANCE

---

    Plaintiff, Brett C. Tittle, filed this pro se civil rights action pursuant to 42 U.S.C. 1983 and is proceeding in forma pauperis on various claims. This matter comes before the court on the plaintiff's motion for a continuance.

    On August 24, 2007, the plaintiff filed a motion for a continuance, asking that his September 5, 2007, deposition be postponed. As grounds for his request, the plaintiff states that the defendants should respond to his June, 2007, discovery request prior to his being deposed.

    Review of the docket in this case reveals that the defendants responded to the plaintiff's discovery demand on August 31, 2007. Close inspection of this document shows that the defendants responded to each of the plaintiff's sixteen discovery requests. The plaintiff has given no indication that the defendants' responses are deficient or that postponement of his deposition is otherwise warranted. Moreover, the date for the deposition has since passed. For all these reasons, the plaintiff's motion for a continuance will be denied as moot.

**NOW, THEREFORE, IT IS ORDERED** that the plaintiff's motion for a continuance (Docket # 49) is **DENIED AS MOOT.**

Dated at Milwaukee, Wisconsin this 10th day of September, 2007.

                                                  s/AARON E. GOODSTEIN
                                                  U.S. Magistrate Judge

2

Case 2:06-cv-00938-AEG   Filed 09/10/07   Page 2 of 2   Document 52